UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

ARISTA MUSIC, ARISTA RECORDS ) 
LLC, ATLANTIC RECORDING )
CORPORATION, ELEKTRA )
ENTERTAINMENT GROUP INC., )
LAFACE RECORDS LLC, SONY ) 11 Civ. 8407 (TPG)(KNF)
MUSIC ENTERTAINMENT, UMG )
RECORDINGS, INC., WARNER BROS. )
RECORDS INC. and ZOMBA ) **NOTICE OF MOTION**
RECORDING LLC, )
 )
                  Plaintiffs, )
 )
         against )
 )
ESCAPE MEDIA GROUP, INC., )
SAMUEL TARANTINO, JOSHUA )
GREENBERG, PAUL GELLER, )
BENJAMIN WESTERMANN-CLARK, )
JOHN ASHENDEN, CHANEL )
MUNEZERO and NIKOLA ARABADJIEV, )
 )
                  Defendants. )

---

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion of Defendant Joshua Greenberg to Dismiss the Amended Complaint for Lack of Personal Jurisdiction, the Declaration of Joshua Greenberg dated February 29, 2012 and all prior papers and proceedings had herein, defendant Joshua Greenberg, by his undersigned attorneys, will move this Court, before Hon. Thomas P. Griesa, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Courtroom 26B, New York, New York 10007, at a time set by the Court, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, for dismissal of plaintiffs' Amended Complaint

and all claims asserted therein, insofar as the same pertain to Mr. Greenberg, and for such other and further relief as the Court deems appropriate.

Dated: New York, New York
February 29, 2012

ROSENBERG & GIGER P.C.

By: *[signature]*

John J. Rosenberg (JR 5292)
Matthew H. Giger (MG 3731)
Brett T. Perala (BP 0913)
488 Madison Avenue, 10th Floor
New York, New York 10022
(212) 705-4824

*Attorneys for Defendant Joshua Greenberg*

TO:  Andrew H. Bart, Esq.
Gianni Servodidio, Esq.
Joseph J. McFadden, Esq.
JENNER & BLOCK LLP
919 Third Avenue
37th Floor
New York, NY 10022

*Attorneys for Plaintiffs*