UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

ARISTA MUSIC, ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, ELEKTRA ENTERTAINMENT GROUP INC., LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC. and ZOMBA RECORDING LLC,

     Plaintiffs,

against

ESCAPE MEDIA GROUP, INC., SAMUEL TARANTINO, JOSHUA GREENBERG, PAUL GELLER, BENJAMIN WESTERMANN-CLARK, JOHN ASHENDEN, CHANEL MUNEZERO and NIKOLA ARABADJIEV,

     Defendants.

11 Civ. 8407 (TPG)(KNF)

**NOTICE OF MOTION**

---

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion of Defendants Escape Media Group, Inc., Samuel Tarantino and Joshua Greenberg to Dismiss Plaintiffs' Amended Complaint, and all prior papers and proceedings had herein, defendants Escape Media Group, Inc., Samuel Tarantino and Joshua Greenberg (collectively, the "Moving Defendants"), by their undersigned attorneys, will move this Court, before Hon. Thomas P. Griesa, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Courtroom 26B, New York, New York 10007, at a time set by the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for dismissal of plaintiffs' Amended Complaint and all claims asserted therein,

insofar as the same pertain to the Moving Defendants, and for such other and further relief as the Court deems appropriate.

Dated: New York, New York
February 29, 2012

                              ROSENBERG & GIGER P.C.

                              By: _____
                                  John J. Rosenberg (JR 5292)
                                  Matthew H. Giger (MG 3731)
                                  Brett T. Perala (BP 0913)
                                  488 Madison Avenue, 10th Floor
                                  New York, New York 10022
                                  (212) 705-4824

                              *Attorneys for Defendants Escape Media Group, Inc., Samuel Tarantino and Joshua Greenberg*

TO:    Andrew H. Bart, Esq.
        Gianni Servodidio, Esq.
        Joseph J. McFadden, Esq.
        JENNER & BLOCK LLP
        919 Third Avenue
        37th Floor
        New York, NY 10022

        *Attorneys for Plaintiffs*