UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ARISTA MUSIC, et al.,

                Plaintiffs,

    – against –

ESCAPE MEDIA GROUP, et al.,

                Defendants.

------------------------------------------------------------x

11 Civ. 8407 (TPG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/12

    Defendants move to dismiss the complaint under Fed. R. Civ. P. 12(b)(6) for failure to state claim upon which relief can be granted.

    Individual defendants Joshua Greenberg, Paul Geller, Benjamin Westermann-Clark, Chanel Munezero, and Nikola Arabadjiev further move to dismiss the complaint against them under Fed R. Civ. P. 12(b)(1) for lack of personal jurisdiction.

    For the reasons stated on the record at the hearing held on April 6, 2012, defendants' motions are denied.

    This order resolves the motions listed as document numbers 8, 19, and 22 on the docket.

    SO ORDERED.

Dated: New York, New York
       April 9, 2012

*Thomas P. Griesa*
Thomas P. Griesa
U.S. District Judge