UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARISTA MUSIC, ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, ELEKTRA ENTERTAINMENT GROUP INC., LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., and ZOMBA RECORDING LLC,

*Plaintiffs,*

v.

ESCAPE MEDIA GROUP INC., SAMUEL TARANTINO, JOSHUA GREENBERG,

*Defendants.*

11 Civ. 8407 (TPG)

[PROPOSED] STIPULATION AND ORDER ESTABLISHING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS FOR SANCTIONS AND SUMMARY JUDGMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/14

---

WHEREAS, on February 18 and 19, Plaintiffs filed and served copies of a Motion for Summary Judgment against all Defendants and a related Motion for Sanctions for Spoliation of Evidence Against Defendant Escape Media Group, Inc. (the "Motions");

WHEREAS, the Motions involve multiple legal theories and are supported, *inter alia*, by a combined sixty pages of legal memoranda, thirteen witness declarations and numerous exhibits;

WHEREAS, the parties believe that an extension is warranted of the time periods provided in Local Rule 6.1(b) for submission of opposition and reply papers concerning the Motions;

NOW, THEREFORE, it is hereby stipulated and agreed, amongst the parties, subject to the approval of the Court, that:

1. Defendants' opposition to each of the Motions shall be served and filed on or before April 7, 2014; and

2. Plaintiffs' reply in further support of each of the Motions shall be served and filed on or before April 29, 2014.

Dated: New York, NY
March 3, 2014

JENNER & BLOCK LLP

By: _____
Andrew Bart
Gianni Servodidio
919 Third Ave, 37th Floor
New York, NY 10022
Telephone: (212) 891-1620
Facsimile: (212) 891-1699

*Attorneys for Plaintiffs*

ROSENBERG & GIGER, P.C.

By: _____
John J. Rosenberg
Matthew H. Giger
250 Park Avenue, 12th Floor
New York, NY 10177
Telephone: (646) 494-5050
Facsimile: (646) 595-0590

*Attorneys for Defendants*

SO ORDERED

_____
Thomas P. Griesa

Dated: 3/4/14

2