UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA MUSIC, ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, ELEKTRA ENTERTAINMENT GROUP INC., LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC. and ZOMBA RECORDING LLC,<br><br>            Plaintiffs,<br><br>    against<br><br>ESCAPE MEDIA GROUP, INC., SAMUEL TARANTINO, JOSHUA GREENBERG,<br><br>            Defendants. | 11 Civ. 8407 (TPG)<br><br>STIPULATION CONCERNING FILING OF OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT AND SANCTIONS UNDER SEAL |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/14

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this action through their undersigned counsel that, pursuant to the current briefing schedule on plaintiffs' Motion for Summary Judgment and Motion for Sanctions, defendants shall serve their papers in opposition thereto on this date, but, in order to facilitate the filing of certain portions of those opposition papers under seal as contemplated by the Protective Order in this action, defendants shall be permitted to file their opposition papers no later than April 15, 2014.

**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this Stipulation, electronic signatures shall have the same force and effect as original signatures.

Dated: New York, New York
April 14, 2014

| | |
|---|---|
| **JENNER & BLOCK LLP** | **ROSENBERG & GIGER P.C.** |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| 919 Third Avenue, 37th Floor | 250 Park Avenue, 12th Floor |
| New York, New York 10022 | New York, New York 10177 |
| (212) 891-1600 | (646) 494-5000 |
| By: _____ | By: _____ |
| Gianni P. Servodidio | John J. Rosenberg |

SO ORDERED:

_____
Thomas P. Griesa

4/17/14

2