UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Umg Recordings, Inc., Atlantic Recording
Corporation, Zomba Recording LLC, Electra
Entertainment Group Inc., Arista Records LLC,
LaFace Records, LLC, Warner Bros. Records Inc.,
Arista Music, and Sony Music Entertainment,
                                    Plaintiffs,

-against-

Escape Media Group, Inc., Samuel Tarantino,
and Joshua Greenberg,
                                    Defendants,
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2014
```

11 **CIVIL** 8407 (TPG)

**JUDGMENT**

Plaintiffs having moved for summary judgment on their claims that defendants are liable for both direct and secondary copyright infringement, Plaintiffs also having alleged that individual defendants Tarantini and Greenberg are individually liable for the copyright infringement, Plaintiffs also having moved for sanctions for the spoilation of evidence, Plaintiffs also having requested that the Court enter judgment against defendants and prevent defendants from advancing certain defenses to plaintiff's copyright claims, and the matter having come before the Honorable Thomas P. Griesa, United States District Judge, and the Court, on September 29, 2014, having rendered its Opinion the record evidence reveals no genuine issue of material fact as to any of plaintiffs' theories of direct or secondary liability for copyright infringement on the part of defendants Escape, Tarantino, and Greenberg, the Court finding the plaintiffs are therefore entitled to judgment as a matter of law on all of its claims except for the employee uploads that took place outside the employees' dates of employment, directing the Clerk of this Court to close all open motions in this matter and enter judgment in favor of the plaintiffs on all causes of action, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Opinion dated September 29, 2014, judgment is hereby entered in favor of plaintiffs' on all causes of action; accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2014

**RUBY J. KRAJICK**

BY: _____
Clerk of Court

Deputy Clerk

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____