UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/03/2015
```

------------------------------------------------x

UMG RECORDINGS, INC., *et al.*,

                Plaintiffs,

                v.

ESCAPE MEDIA GROUP, INC., *et al.*,

                Defendants.

------------------------------------------------x

11 Civ. 8407 (TPG)

ECF CASE

**ORDER**

On May 1, 2015, the court entered a Judgment and Permanent Injunction in this matter. (Dkt. No. 175.) The Clerk of Court is now directed to close the case.

SO ORDERED.

Dated: New York, New York
         September 3, 2015

                                              THOMAS P. GRIESA
                                              U.S. District Judge

1